FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 JUL 23 AM 11: 59
CLERK
SO. DIST OF GA.

IN THE UNITED STATES DISTRICT COURTS
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 4:19-cr-109 |
| ) | |
| MELANIE SMITH, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING LEAVE OF ABSENCE

Defendant, **MELANIE SMITH**'s counsel, **STEPHANIE O. BURGESS**, having filed her Motion for Leave of Absence and having served all parties thereto;

IT IS HEREBY ORDERED that said Motion for Leave of Absence for the following dates: July 20, 2019 – July 27, 2019, September 18, 2019 – September 21, 2019, October 18, 2019 – October 28, 2019, and December 3, 2019 – December 6, 2019, is GRANTED.

This 22nd day of July, 2019.

CHRISTOPHER L. RAY
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA