**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO. 4:19-cr-109** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MELANIE SMITH and** | ) | |
| **HOLLY CLAYTON** | ) | |

## ORDER

Based upon the motion of the Government, and for good cause shown therein, the Government's motion for leave of absence is **GRANTED** for the following dates:

  a) October 7-8, 2019

  b) October 23-25, 2019

  c) November 4-8, 2019

  d) December 30, 2019-January 3, 2020

**IT IS FURTHER ORDERED** that should a hearing be set during those dates, a substitute Assistant United States Attorney may handle the matter.

**SO ORDERED**, this _1st_ day of _October_ 2019.

HONORABLE CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA