# IN THE UNITED STATES DISTRICT COURTS
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:19-cr-00109-RSB-CLR |
| | ) | |
| MELANIE SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING LEAVE OF ABSENCE

Defendant, **MELANIE SMITH**'s counsel, STEPHANIE O. BURGESS, having filed her Motion for Leave of Absence and having served all parties thereto;

IT IS HEREBY ORDERED that said Motion for Leave of Absence for the following dates: December 23, 2019 – December 27, 2019, February 19, 2020 – February 24, 2020, March 27, 2020 – April 6, 2020, and May 22, 2020 – June 2, 2020 is GRANTED.

This 28th day of October, 2019.

_____
CHRISTOPHER L. RAY
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA